**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEPH A. FESSLER,<br><br>    Plaintiff,<br><br>        v.<br><br>KIRK SAUER, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 3:10-CV-1050<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW** this 23rd day of January, 2013, after consideration of the Magistrate Judge's Report and Recommendation (Doc. 62), **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 62) is **ADOPTED.**

(2) Plaintiff Joseph Fessler's Motion for Permission to File Another Lawsuit (Doc. 56) is **DENIED**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.


                                                      /s/ A. Richard Caputo

                                                      A. Richard Caputo
                                                      United States District Judge